Christopher Yost (State Bar No.150785)
FEDERAL EXPRESS CORPORATION
2601 Main Street
Irvine, California 92614
Telephone:  (949) 862-4558
E-mail:  cjyost@fedex.com

Attorney for Defendant,
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| KURTT MABEN d/b/a Creative Vending Solutions,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No. 3:16-cv-01064<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed:  February 3, 2016<br><br>Trial Date:  None |

The Court hereby GRANTS the request of Defendant Federal Express

Corporation to substitute Christopher Yost, State Bar Number 150785, Federal

Express Corporation, 2601 Main Street, Irvine, California 92614, telephone (949)

862-4558, email cjyost@fedex.com, as attorney of record in place and stead of Mireya

Llaurado, FedEx Freight, Inc.

1

ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FEDERAL EXPRESS CORPORATION
d/b/a FEDEX TO RESPOND TO THE COMPLAINT

1:16-cv-01064-SK

1

IT IS SO ORDERED,

2

Dated: March 4, 2016

3

4

_____

5

**Sallie Kim**
**Magistrate Judge of the United States**
**District Court, Northern District of Calif.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FEDERAL EXPRESS CORPORATION**
**d/b/a FEDEX TO RESPOND TO THE COMPLAINT**

1:16-cv-01064-SK