Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kurtt Maben d/b/a Creative Vending

Plaintiff(s),

v.

Federal Express Corporation

Defendant(s).

Case No: 3:16-cv-01064

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Aaron T. Cassat, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Federal Express Corporation in the above-entitled action. My local co-counsel in this case is Christopher Yost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3620 Hacks Cross Rd. - Bld B<br>Memphis, TN 38125 | 2601 Main St.<br>Irvine, CA 92614 |
| MY TELEPHONE # OF RECORD:<br>(901) 434-8477 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 862-4558 |
| MY EMAIL ADDRESS OF RECORD:<br>aaron.cassat@fedex.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cjyost@fedex.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25311.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/10/16

Aaron T. Cassat
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Aaron T. Cassat is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 11, 2016

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012